# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

**MINUTE ORDER**

MICHAEL A. SCHOLES,

                                                                                        2:08CV00640FCD/GGH-PS

           Plaintiff (s),

  **vs.**

ROD HICKMAN, et al.,
         Defendant (s),
_____/

     Please be advised, on September 11, 2008, Defendant   filed a Motion to Dismiss. The parties failed to notice this matter properly before the court.  Pursuant to LR. 78-230, all motions in Pro Se cases should be noticed before the court on that court's Civil Law and Motion Calendar.  Pleases contact the Court Clerk listed below and obtain a date and time.

     If you have any questions concerning the above matter  please contact Valerie Callen, Court Clerk to the Honorable Gregory G. Hollows,  at (916) 930-4199.

Dated: September 22,  2008                                          Valerie K. Callen
                                                                                           Courtroom Deputy Clerk