1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL A. SCHOLES,

11            Plaintiff,                    No. CIV S-08-0640 FCD GGH PS

12       vs.

13   ROD HIGMAN, as an individual;
     ROBIN DEZEMBER, as an individual;              ORDER
14   KEN CLARK, as an individual;
     PERLITA McGUINESS, as an individual;
15   et al.,

16            Defendants.

17   _____/

18                         Plaintiff is proceeding pro se and in forma pauperis in this civil rights

19   action pursuant to 42 U.S.C. § 1983.  In his amended complaint, plaintiff alleges violations of his

20   civil rights by defendants.  The alleged violations took place at Corcoran State Prison in Kings

21   County, which is part of the Fresno Division of the United States District Court for the Eastern

22   District of California.  See Local Rule 3-120(d).

23                         Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

24   the proper division of a court may, on the court's own motion, be transferred to the proper

25   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

26   court.  In light of the transfer, defendants' motion to dismiss, filed September 24, 2008, and set

1   for hearing on October 30, 2008, will be vacated.

2           Good cause appearing, IT IS HEREBY ORDERED that:

3           1.  This action is transferred to the United States District Court for the Eastern

4   District of California sitting in Fresno;

5           2.  The hearing currently set for October 30, 2008, is vacated, as is also the motion

6   (docket #16); and

7           3.  All future filings shall reference the new Fresno case number assigned and

8   shall be filed at:

9                   United States District Court
                    Eastern District of California
10                  2500 Tulare Street
                    Fresno, CA 93721
11

12  DATED: 10/02/08                         /s/ Gregory G. Hollows

13                                          _____
                                            UNITED STATES MAGISTRATE JUDGE

14  GGH:076/scholes0640.22.

15

16

17

18

19

20

21

22

23

24

25

26